| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robert S Altagen, Esq.<br>SBN: 056444<br>Hanwei Cheng, Esq.<br>SBN: 248803<br>Law Office of Robert S Altagen, APC<br>1111 Corporate Center Dr.<br>Suite 201<br>Monterey Park, CA 91754<br>323-268-9588<br>323-268-8742 Fax<br>☑ Attorney for: Food-O-Mex dba El Dorado | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Food-O-Mex Corporation<br><br>                                              Debtor. | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☐ Petition, statement of affairs, schedules or lists            Date Filed: _____
☐ Amendments to petition, statement of affairs, schedules or lists    Date Filed: _____
☑ Other: Voluntary Chapter 11 Petition, List of 20 Largest     Date Filed: 10/01/2009
    Unsecured Creditors, Statement Re: Authority to Sign,
    Verification of Creditor Mailing List and Matrix

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_/s/ Eleanor A. Lopez_                                          10-1-09
*Signature of Authorized Signatory of Filing Party*             Date

**Eleanor A. Lopez**
*Printed Name of Authorized Signatory of Filing Party*

**President**
*Title of Authorized Signatory of Filing Party*

---

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____  10/01/09
Signature of Attorney for Filing Party          Date

Robert S. Altagen, Esq
Printed Name of Attorney for Filing Party

# United States Bankruptcy Court
## Central District of California

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): <br> **Food-O-Mex Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): <br> **dba El Dorado Mexican Food Products** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **95-2867742, None** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): <br> **2928 N. Main Street** <br> **Los Angeles, CA** <br> ZIP CODE **90031** | Street Address of Joint Debtor (No. & Street, City, and State): <br> ZIP CODE |
| County of Residence or of the Principal Place of Business: <br> **Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> **2928 N. Main Street** <br> **Los Angeles, CA** <br> ZIP CODE **90031** | Mailing Address of Joint Debtor (if different from street address): <br> ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): <br> **2928 N. Main Street, Los Angeles, CA** | ZIP CODE **90031** |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Tax-Exempt Entity (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

#### Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

#### Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

#### Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Food-O-Mex Corporation | FORM B1, Page 2 |
|---|---|---|

**Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)**

| Location<br>Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X  Not Applicable**<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

| **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☒ Yes, and Exhibit C is attached and made a part of this petition.<br>☐ No | **Exhibit D**<br>(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |
|---|---|

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes.)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).



### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X *[signature]*
Signature of Attorney for Debtor(s)

**Robert S. Altagen, Esq**
Printed Name of Attorney for Debtor(s)

**Law Offices of Robert S. Altagen, APC**
Firm Name

**1111 Corporate Center Drive Suite 201**
Address

**Monterey Park, CA 91754**

**323-268-9588**          **323-268-8742**
Telephone Number

10/8/09          056444
Date          Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature] Eleanor A. Lopez*
Signature of Authorized Individual

**Eleanor A. Lopez**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

10-1-09
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: Food-O-Mex Corporation

Debtor(s).

CHAPTER: 11
CASE NO.:

## Form 4.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| West Bag Inc<br>1161 Monterey Pass Road<br>Monterey Park, CA 91754 | C. Romero<br>323-264-0750<br>West Bag Inc<br>1161 Monterey Pass Road<br>Monterey Park, CA 91754 | Goods Purchased | CONTINGENT<br>UNLIQUIDATED | $268,755.59 |
| Minsa Corporation<br>c/o Leham Brothers<br>PO BOX 484<br>Muleshoe, TX 79347 | Alicia<br>909-476-2706<br>Minsa Corporation<br>c/o Leham Brothers<br>PO BOX 484<br>Muleshoe, TX 79347 | Goods Purchased | CONTINGENT<br>UNLIQUIDATED | $230,000.00 (estimated) |
| Honeyville Grain Inc<br>11600 Dayton Drive<br>Rancho Cucamonga, CA 91730 | Enrique Munoz<br>909-980-9500<br>Honeyville Grain Inc<br>11600 Dayton Drive<br>Rancho Cucamonga, CA 91730 | Goods Purchased | CONTINGENT<br>UNLIQUIDATED | $55,514.12 |
| La Copa de Oro<br>3321 W. First Street<br>Santa Ana, CA 92703 | Customer Service<br>714-554-4731<br>La Copa de Oro<br>3321 W. First Street<br>Santa Ana, CA 92703 | Goods Purchased | CONTINGENT<br>UNLIQUIDATED | $51,573.00 |
| Cereal Food Processor<br>PO BOX 801116<br>Kansas City, MO 64180 | Don<br>323-585-0131<br>Cereal Food Processor<br>PO BOX 801116<br>Kansas City, MO 64180 | Goods Purchased | CONTINGENT<br>UNLIQUIDATED | $33,721.56 |
| JoJoz Enterprises<br>1642 Sacramento Avenue<br>Ontario, CA 91761 | Customer Service<br>909-947-5478<br>JoJoz Enterprises<br>1642 Sacramento Avenue<br>Ontario, CA 91761 | Goods Purchased | CONTINGENT<br>UNLIQUIDATED | $30,375.50 |

Form B4 (Official Form 4) - Continued (12/07)  2007 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re: Food-O-Mex Corporation
Debtor(s).

CHAPTER: 11
CASE NO.:

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Superior Grain Company<br>2721 E. 46th Street<br>Vernon, CA 90058 | Customer Service<br>323-585-2820<br>Superior Grain Company<br>2721 E. 46th Street<br>Vernon, CA 90058 | Goods Purchased | CONTINGENT<br>UNLIQUIDATED | $22,544.49 |
| Los Pericos Food Products<br>2301 Valley Boulevard<br>Pomona, CA 91768 | Customer Service<br>909-623-5625<br>Los Pericos Food Products<br>2301 Valley Boulevard<br>Pomona, CA 91768 | Goods Purchased | CONTINGENT<br>UNLIQUIDATED | $8,942.58 |
| Precision Ingredients<br>3724 Hemlock Court<br>Visalia, CA 92377 | Joe Garcia<br>559-300-0408<br>Precision Ingredients<br>3724 Hemlock Court<br>Visalia, CA 92377 | Goods Purchased | CONTINGENT<br>UNLIQUIDATED | $8,545.21 |
| Miller Milling Company<br>NW8726<br>PO BOX 1450<br>Minneapolis, MN 55485 | Customer Service<br>952-826-6331<br>Miller Milling Company<br>NW8726<br>PO BOX 1450<br>Minneapolis, MN 55485 | Goods Purchased | CONTINGENT<br>UNLIQUIDATED | $8,157.12 |
| La Barca Tortilleria Inc<br>3047 E. Whittier Boulevard<br>Los Angeles, CA 90023 | Customer Service<br>323-268-1744<br>La Barca Tortilleria Inc<br>3047 E. Whittier Boulevard<br>Los Angeles, CA 90023 | Goods Purchased | CONTINGENT<br>UNLIQUIDATED | $7,262.92 |
| Orkin Pest Control<br>12710 Magnolia Avenue<br>Riverside, CA 92503 | Mark Abrego<br>213-722-2279<br>Orkin Pest Control<br>12710 Magnolia Avenue<br>Riverside, CA 92503 | Goods Purchased | CONTINGENT<br>UNLIQUIDATED | $2,797.62 |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: Food-O-Mex Corporation

Debtor(s).

CHAPTER: 11
CASE NO.:

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Gabriel Container Co. 8844 South Millergrove Drvie Santa Fe Springs, CA 90670 | Customer Service 626-699-1051 Gabriel Container Co. 8844 South Millergrove Drvie Santa Fe Springs, CA 90670 | Goods Purchased | CONTINGENT UNLIQUIDATED | $2,463.85 |
| Rochester Midland Corporation PO BOX 31515 Rochester, NY 14603 | Joseph Somoza 800-762-4448 Rochester Midland Corporation PO BOX 31515 Rochester, NY 14603 | Goods Purchased | CONTINGENT UNLIQUIDATED | $2,296.57 |
| Leyva's Mexican Food 4032 North Tyler Avenue El Monte, CA 91731 | Customer Service 323-771-9715 Leyva's Mexican Food 4032 North Tyler Avenue El Monte, CA 91731 | Goods Purchased | CONTINGENT UNLIQUIDATED | $2,040.00 |
| Greenbelt Industries Inc 45 Comet Street Buffalo, NY 14216 | Customer Service 905-564-6709 Greenbelt Industries Inc 45 Comet Street Buffalo, NY 14216 | Goods Purchased | CONTINGENT UNLIQUIDATED | $2,013.17 |
| Apex Bulk Commodities, Inc 12531 Violet Road Adelanto, CA 92301 | Customer Service 760-246-6077 Apex Bulk Commodities, Inc 12531 Violet Road Adelanto, CA 92301 | Goods Purchased | CONTINGENT UNLIQUIDATED | $1,986.85 |
| Jerry's Bags & Labels 84297 Canzone Drive Indio, CA 92203 | Customer Service 760-200-1037 Jerry's Bags & Labels 84297 Canzone Drive Indio, CA 92203 | Goods Purchased | CONTINGENT UNLIQUIDATED | $1,559.74 |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re: Food-O-Mex Corporation<br>Debtor(s). | CHAPTER: 11<br>CASE NO.: |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [If secured also state value of security] |
|---|---|---|---|---|
| La Gloria Foods Corp.<br>3455 E. 1st Street<br>Los Angeles, CA 90063 | Customer Service<br>323-263-6755<br>La Gloria Foods Corp.<br>3455 E. 1st Street<br>Los Angeles, CA 90063 | Goods Purchased | CONTINGENT<br>UNLIQUIDATED | $1,557.00 |
| Butler Compressor<br>657 Monterey Pass Road<br>Monterey Park, CA 91754 | Customer Service<br>323-283-0301<br>Butler Compressor<br>657 Monterey Pass Road<br>Monterey Park, CA 91754 | Goods Purchased | CONTINGENT<br>UNLIQUIDATED | $1,203.92 |

### Declaration Under Penalty of Perjury
### on Behalf of a Corporation or Partnership

I, Eleanor A. Lopez President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 12-1-09

Eleanor A. Lopez, President
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
# Central District of California

In re:

Food-O-Mex Corporation

Case No. _____
Chapter 11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Eleanor A. Lopez, declare under penalty of perjury that I am the **Managing Member** of Food-O-Mex Corp., a California Corporation and that on 09/30/2009 the following resolution was duly adopted by the of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Eleanor A. Lopez, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Eleanor A. Lopez, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Eleanor A. Lopez, President of this Corporation, is authorized and directed to employ Robert S. Altagen, Esq, attorney and the law firm of **Law Offices of Robert S. Altagen, APC** to represent the Corporation in such bankruptcy case."

Executed on: 10-1-09

Signed: *[signature]*
Eleanor A. Lopez

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name: Robert S. Altagen, Esq
Address: Law Offices of Robert S. Altagen, APC
1111 Corporate Center Drive
Suite 201
Monterey Park, CA 91754
Telephone: 323-268-9588

☒ Attorney for Debtor(s)
☐ Debtor In Pro Per

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>Food-O-Mex Corporation<br>dba El Dorado Mexican Food Products | Case No.: <br><br>Chapter: 11 |
|---|---|

### VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ___4___ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: 10-1-09

Eleanor A. Lopez, President

Robert S. Altagen, Esq, Attorney *(if applicable)*

Food-O-Mex Corporation
2928 N. Main Street
Los Angeles, CA 90031

Robert S. Altagen, Esq
Law Offices of Robert S. Altagen, A
1111 Corporate Center Drive
Suite 201
Monterey Park, CA 91754

*EL*

Apex Bulk Commodities, Inc
12531 Violet Road
Adelanto, CA 92301

Butler Compressor
657 Monterey Pass Road
Monterey Park, CA 91754

Cereal Food Processor
PO BOX 801116
Kansas City, MO 64180

Gabriel Container Co.
8844 South Millergrove Drvie
Santa Fe Springs, CA 90670

Greenbelt Industries Inc
45 Comet Street
Buffalo, NY 14216

Honeyville Grain Inc
11600 Dayton Drive
Rancho Cucamonga, CA 91730

Jerry's Bags & Labels
84297 Canzone Drive
Indio, CA 92203

JoJoz Enterprises
1642 Sacramento Avenue
Ontario, CA 91761

La Barca Tortilleria Inc
3047 E. Whittier Boulevard
Los Angeles, CA 90023

La Copa de Oro
3321 W. First Street
Santa Ana, CA 92703

La Gloria Foods Corp.
3455 E. 1st Street
Los Angeles, CA 90063

Leyva's Mexican Food
4032 North Tyler Avenue
El Monte, CA 91731

Los Pericos Food Products
2301 Valley Boulevard
Pomona, CA 91768

Miller Milling Company
NW8726
PO BOX 1450
Minneapolis, MN 55485

Minsa Corporation
c/o Leham Brothers
PO BOX 484
Muleshoe, TX 79347

Office of the United States Trustee
Ernst & Young Plaza
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

Orkin Pest Control
12710 Magnolia Avenue
Riverside, CA 92503

Precision Ingredients
3724 Hemlock Court
Visalia, CA 92377

Rochester Midland Corporation
PO BOX 31515
Rochester, NY 14603

Superior Grain Company
2721 E. 46th Street
Vernon, CA 90058

West Bag Inc
1161 Monterey Pass Road
Monterey Park, CA 91754